# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2024-0473
Lower Tribunal No. 2011-CF-871-B-O

_____

JONATHAN LOPEZ,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Orange County.
Leticia Marques, Judge.

February 17, 2026

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and STARGEL and PRATT, JJ., concur.


Jonathan Lopez, Bristol, pro se.

James Uthmeier, Attorney General, Tallahassee, and Rebecca Rock McGuigan, Bureau Chief, Daytona Beach, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED